UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEARRE WILLISMS,<br><br>                              Plaintiff,<br><br>         -against-<br><br>DEPARTMENT OF CORRECTIONS (D.O.C.C.S.),<br><br>                              Defendant. | 1:25-CV-4881 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff Tearre Williams, who is currently incarcerated in the Five Points Correctional Facility, filed the present action *pro se*; he has paid the fees to bring the present action. Plaintiff sues the New York State Department of Corrections and Community Supervision ("DOCCS") as the sole defendant in the present action.

Plaintiff previously filed in this court a substantially similar complaint commencing another *pro se* action against DOCCS, the sole defendant in that other action; he paid the fees to bring that action, which is also pending before the undersigned. *See Williams v. D.O.C.C.S.*, 1:25-CV-2960 (LTS). Because the present action appears to raise the same claims as in *Williams*, 1:25-CV-2960 (LTS), and as the complaint in the present action seems to supplement the complaint in *Williams*, 1:25-CV-2960 (LTS), no useful purpose would be served by the payment of the fees to bring the present action or by the litigation of the present action. The Court therefore directs the Clerk of Court to: (1) docket a copy of this order in *Williams*, 1:25-CV-2960 (LTS); (2) docket the complaint in the present action as a supplement to the complaint in *Williams*, 1:25-CV-2960 (LTS); (3) refund to Plaintiff the fees paid to bring the present action; and (4) enter a judgment dismissing the present action without prejudice as duplicative of *Williams*, 1:25-CV-2960 (LTS).

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:  June 18, 2025
        New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge