UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEARRE WILLIAMS,<br><br>                     Plaintiff,<br><br>     -against-<br><br>D.O.C.C.S.,<br><br>                    Defendant. | 25-cv-2960 (LTS)<br><br>CIVIL JUDGMENT |

     For the reasons stated in the October 9, 2025, order, the Court dismisses Plaintiff's claims arising at Green Haven. The dismissal of the Green Haven claims is without prejudice to the matter pending in this court under docket number 25-CV-6859 (LLS).

     The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 17, 2025
           New York, New York

                                              /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                            Chief United States District Judge